JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| James Rutherford,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>Hellas, Inc., et al.,<br><br>　　　　　　　Defendants. | Case No. EDCV 17-01411 JGB (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed concurrently herewith, Plaintiff James Rutherford's Motion for Default Judgment Against Hellas, Inc., John Tsiolis, and Patricia Tsiolis is GRANTED.  Plaintiff is AWARDED $4,000.00 in statutory damages under the Unruh Civil Rights Act.  Plaintiff is also AWARDED reasonable attorney's fees in the amount of $3,901.50 and costs in the amount of $440.00 under the Americans With Disabilities Act.  Judgment is entered in favor of Plaintiff.

　　IT IS FURTHER ORDERED that Defendants provide an accessible restaurant, including but not limited to doors, counters, aisles, queues, and restroom facilities, at the property known as Hellas, Inc. d/b/a John's Place located

1  at 56249 Twenty Nine Palms Hwy, Yucca Valley, California 92284 in accordance
2  with the accessibility requirements of the Americans With Disabilities Act.
3
4      IT IS FURTHER ORDERED that Plaintiffs mail a copy of this judgment
5  and the Order concurrently filed therewith to Defendants.  Plaintiff shall file Proof
6  of Service with the Court within ten days of the date of the Order.
7
8
9  Dated: March 19, 2018
10
11                          THE HONORABLE JESUS G. BERNAL
                           United States District Judge